

**TALBOT CARMOUCHE & MARCELLO**

17405 Perkins Road
Baton Rouge, LA 70810
Tel: 225-400-9991 | Fax: 225-448-2568
TCMlawoffice.com

July 26, 2023

Lyle W. Caycee
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
Suite 115
New Orleans, LA 70130

    No. 23-30291    Plaquemines Parish v. Chevron USA
                        USDC No. 2:18-cv-5215

Dear Mr. Caycee:

    Pursuant to the Rules Panel's directive at the close of oral argument yesterday in the above captioned matter, I am providing the panel with the following information on behalf of Plaquemines Parish:

    All of the following are record references regarding Plaintiff's oral argument pertaining to the government's post-production crude allocation program.

**DECLARATION OF JAY BRIGHAM ON BEHALF OF PLAQUEMINES PARISH:**

Paragraph 11, at ROA 23-30291.34810

Paragraph 12, at ROA 23-30291.34810

Paragraph 13, at ROA 23-30291.34810

Paragraph 14, at ROA 23-30291.34811

**DECLARATION OF A. J. GRAVEL ON BEHALF OF DEFENDANTS:**

Paragraph 5(5), at ROA 23-30291.29553

Paragraph 5(6), at ROA 23-30291.29553

Paragraph 62, at ROA 23-30291.29586-29587

Lyle W. Caycee
July 26, 2023
Page 2

    Paragraph 63, at ROA 23-30291.29587

    Paragraph 64, at ROA 23-30291.29587-29588

    Paragraph 71, at ROA 23-30291.29590-29591

    Paragraph 5(5), at ROA 23-30291.24429 (2:18-cv-05215, Doc 51-81, ECF p. 250)

    Paragraph 5(6), at ROA 23-30291.24430 (2:18-cv-05215, Doc 51-81, ECF p. 251)

    Paragraph 65, at ROA 23-30291.24464-24465 (2:18-cv-05215, Doc 51-81, ECF pp. 285-286)

    Paragraph 68, at ROA 23-30291.24468 (2:18-cv-05215, Doc 51-81, ECF p. 289)

The parties stipulated in the court below that the entire appellate record in *Plaquemines Par. v. Chevron USA, Inc.*, 22-30055, 2022 WL 9914869 (5th Cir. Oct. 17, 2022) (*Plaquemines II*) be filed in the record of the present case. When the record of this case was prepared, the ROA numbers of the record in this case were printed over the ROA numbers of the *Plaquemines II* record, thus making it difficult to read the ROA numbers of this case. Plaintiff has thus supplied this Court with the record references in the district court in the event this Court encounters difficulty in finding the referenced ROA numbers in the record of this case.

                                        Respectfully submitted,

                                        */s/ Victor L. Marcello*
                                        Donald T. Carmouche (2226)
                                        Victor L. Marcello (9252)
                                        John H. Carmouche (22294)
                                        William R. Coenen, III (27410)
                                        Brian T. Carmouche (30430)
                                        Todd J. Wimberley (34862)
                                        Ross J. Donnes (33098)
                                        D. Adele Owen (21001)
                                        Leah C. Poole (35092)
                                        Christopher D. Martin (30613)
                                        TALBOT, CARMOUCHE & MARCELLO
                                        17405 Perkins Road
                                        Baton Rouge, LA 70810
                                        Telephone: (225) 400-9991; Fax: (225) 448-2568

Phillip F. Cossich, Jr. (1788)
Darren Sumich (23321)
David A. Parsiola (21005)
Brandon J. Taylor (27662)
COSSICH, SUMICH, PARSIOLA
& TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000; Fax: (504) 394-9110

W. Peter Connick (14158)
CONNICK AND CONNICK
3421 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777; Fax: (504) 838-9903

Bruce D. Burglass, Jr. (1411)
Andre' C. Gaudin, (20191)
Scott O. Gaspard (23747)
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407; Fax: (504) 287-0447

*Attorneys for Plaintiff-Appellee, the Parish of Plaquemines*