# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 11, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30291   Plaquemines Parish v. Chevron USA
                     USDC No. 2:18-CV-5215

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. George Arceneaux III
Mr. Donald T. Carmouche
Ms. Jennifer Jo Clark
Mr. Peter D. Keisler
Ms. Jennifer Kwapisz
Mr. Victor L. Marcello
Mr. Eric Julian Mayer
Ms. Carol L. Michel
Ms. Nancy Gordon Milburn
Mr. Donald Wayne Price
Mr. Ryan Michael Seidemann
Ms. Alexandra Giselle White